# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CORDOVA,** | : | Civil No. 3:22-CV-816 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **MERRICK GARLAND,** *et al.,* | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW this 2nd day of January 2025, in accordance with the accompanying Memorandum Opinion, the defendants' motion to dismiss, or in the alternative for summary judgment, (Doc. 58), IS GRANTED, the plaintiff's complaint is DISMISSED with prejudice, and the clerk is DIRECTED to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
